AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRIAN SCHAAP

    Plaintiff

v.   Civil Action No. 2:20-cv-143

LOUIS ARCURI, JR
*Commander*

ARCIDES SANTIAGO
*Officer*

SAYRA JIMINEZ-SEGOVIA
*Officer*

JE SANCHEZ
*Officer*

CITY OF EAST CHICAGO, INDIANA

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Defendants, Louis Arcuri, Jr, Arcides Santiago, Sayra Jiminez-Segovia, Je Sanchez, City of East Chicago, Indiana and against Plaintiff, Brian Schaap.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Theresa L. Springmann on Defendants' Motions for Summary Judgment.

DATE:  07/13/2023             CHANDA J. BERTA, CLERK OF COURT

　　　　　　　　　　　　　　by     s/J. Barboza
　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*