AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BRIAN SCHAAP

       Plaintiff

       v.    Civil Action No. 2:20-cv-143

LOUIS ARCURI, JR
*Commander*
*TERMINATED: 07/12/2023*

ARCIDES SANTIAGO
*Officer*
*TERMINATED: 07/12/2023*

SAYRA JIMINEZ-SEGOVIA
*Officer*
*TERMINATED: 07/12/2023*

JE SANCHEZ
*Officer*
*TERMINATED: 07/12/2023*

BENYAMA DONTE MORMAN BELL

CITY OF EAST CHICAGO, INDIANA
*TERMINATED: 07/12/2023*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Theresa L. Springmann

DATE:  11/17/2023          CHANDA J. BERTA, CLERK OF COURT

by      s/J. Barboza
*Signature of Clerk or Deputy Clerk*